UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:
  MAUREEN ANN RAY

                                        CASE NO. 05 B 48069

                                        CHAPTER 13

                                        JUDGE: JOHN H SQUIRES

        Debtor
  SSN XXX-XX-2962

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/11/05 and confirmed on 12/09/05.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  23688.00 .

     4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JAMES CHRISTOPHER | SECURED | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 12780.27 | .00 | 5468.26 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6440.14 | .00 | 2755.53 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7659.29 | .00 | 3277.16 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4008.75 | .00 | 1715.21 |
| DISCOVER BANK | UNSECURED | 8404.13 | .00 | 3595.85 |
| KOHLS | UNSECURED | 1199.49 | .00 | 513.22 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8664.35 | .00 | 3707.19 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 3701.86 | .00 | 1583.91 |

          Summary of disbursements:
--------------------------------------------------------------------------
| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 52858.28 | .00 | 52858.28 |
| PRINCIPAL PAID | .00 | .00 | 22616.33 | .00 | 22616.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 22616.33 | .00 | 22616.33 |

The Debtor's attorney, ANDERSON & ASSOCS              , was allowed $  2200.00
and was paid $  2200.00  direct and $      .00  through the plan.

The Trustee received $   1071.67 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 11/12/08                    /S/

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 05 B 48069 MAUREEN ANN RAY